JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYB 4294443)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7296
    Facsimile: (415) 436-7234
    Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 10-230 SI |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF DETENTION |
| v. | ) ) | HEARING; 18 U.S.C. 3142 |
| TORRICK WILLIAMS, | ) ) | |
| Defendant. | ) ) | |

On May 3, 2010, the defendant made his initial appearance before the Court. The government sought detention on the grounds of flight and danger to the community, under 18 U.S.C. § 3142(f)(1)(E) because the charged offense involves a firearm. On May 4, 2010, the parties appeared before the Court, Mr. Mark Rosenbush was appointed to represent the defendant, and the parties requested a detention hearing on Friday, May 7, 2010. Mr. Rosenbush asked that his client be interviewed by pretrial services prior to the detention hearing.

STIP. & [PROPOSED] ORDER TO CONTINUE DET. HRNG.
WILLIAMS; CR 10-230 SI      1

1     On May 5, 2010, a Pretrial Services Officer attempted to interview the defendant but was
2 unable to do so because the jail in which he is housed could not accommodate an interview. The
3 parties do not want to conduct a contested detention hearing without the benefit of a Pretrial
4 Services Report and therefore request that this matter be continued until Monday, May 10, 2010,
5 which is the fifth court day from the defendant's initial appearance and comports with the time
6 limitations of 18 U.S.C. § 3142(f)(2)(B).
7 SO STIPULATED:

8
                                    JOSEPH P. RUSSONIELLO
9                                     United States Attorney
10

11 DATED: May 6, 2010.                /s/
                                    BENJAMIN P. TOLKOFF
12                                     Assistant United States Attorney
13

14 DATED: May 6, 2010.                /s/
                                    MARK ROSENBUSH
15                                     Attorney for TORRICK WILLIAMS

16     For the reasons stated above, the Court finds that the continuation of this matter from
17 May 7, to May 10, 2010, is warranted and that the proposed date requested by the parties
18 comports with the requirements set forth in the Bail Reform Act, 18 U.S.C. §3142 (f)(2)(B).
19 The parties are hereby ordered to appear before the Court for a detention hearing on May 10,
20 2010, at 9:30 a.m. The previously set date of May 7, 2010, is vacated.
21
22 SO ORDERED.
23
24 DATED: 5/7/10                              _____
25                                             HONORABLE JOSEPH C. SPERO
                                            United States Magistrate Judge
26
27
28