JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYBN 4294443)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7296
   Facsimile: (415) 436-7234
   Email: Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TORRICK WILLIAMS,<br><br>    Defendant. | No. CR 10-230 SI<br><br>**SECOND [~~PROPOSED~~] ORDER OF DETENTION OF DEFENDANT TORRICK WILLIAMS** |

The defendant Torrick Williams came before the Court on May 27, 2010, for reconsideration of the Court's order of detention. The defendant was present and represented by Mr. Mark Rosenbush. Assistant United States Attorney Benjamin Tolkoff represented the United States.

At the last appearance, the Court ordered the defendant detained but ordered the parties to appear for reconsideration to allow the Court to listen to a recording of jail calls that were relevant to the Court's decision.

//

1  Upon consideration of the jail call recordings, the Court continues to find by clear and
2 convincing evidence that the defendant poses a danger to the community and that no conditions
3 could reasonably assure the safety of the community or the defendant's appearance as required.
4 The Court orders the defendant detained.

5  This order supplements the Court's findings at the detention hearings on May 13, and
6 May 27, 2010, and the Detention Order issued by the Court on May 14, 2010, and serves as a
7 written findings of fact and statement of reasons as required by 18 U.S.C. § 3142(i).

8  In addition to the findings of fact and statements of reasons set forth in the Court's May
9 14 order, the Court finds that there is a serious risk that the defendant may attempt to obstruct
10 justice or intimidate a witness as evidenced by the jail call conversations between the defendant
11 and his fiancé.  Specifically, the defendant identified a person known to him, who he believes
12 informed against him.  The defendant attempted to make several calls to this person but was
13 unsuccessful.  The defendant's fiancé who, the government has proffered, was present on the day
14 the defendant allegedly sold a firearm to an undercover ATF agent, then called the suspected
15 witness and harassed her.  As proffered by the government, the possible witness was sufficiently
16 frightened that she contacted an ATF agent about the call.

17  These facts, among others adduced at the hearings on May 13 and May 27, 2010,
18 demonstrate that there is a serious risk that if released, the defendant would attempt to obstruct
19 justice, or attempt to threaten or intimidate a witness.

20  Accordingly, pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:
21  (1) the defendant is committed to the custody of the Attorney General for confinement in
22 a corrections facility;
23  (2) the defendant be afforded reasonable opportunity for private consultation with his
24 counsel; and,
25 //
26 //
27 //
28 //
//

[PROPOSED] DETENTION ORDER
IULIO; CR 10-168 JSW

1       (3)  on order of a court of the United States or on request of an attorney for the
2  government, the person in charge of the corrections facility in which the defendant is confined
3  shall deliver the defendant to an authorized Deputy United States Marshal for the purpose of any
4  appearance in connection with a court proceeding.

6  Dated:  June 3, 2010

    _____
    HONORABLE MARIA ELENA JAMES
    Chief United States Magistrate Judge

[~~PROPOSED~~] DETENTION ORDER
IULIO; CR 10-168 JSW