IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TORRICK WILLIAMS,<br><br>    Defendant.<br>_____ / | No. C 10-00230 SI<br><br>**ORDER GRANTING GOVERNMENT'S MOTION FOR LEAVE TO FILE A MOTION TO RECONSIDER IN PART** |

On September 8, 2010, the government filed a motion for leave to file a motion to reconsider part of this Court's Order of August 27, 2010. Specifically, the government seeks reconsideration of the portion of the Order requiring the government to disclose to defendant a "specification of all criminal investigations or prosecutions" in which the confidential informant "cooperated with the government." Motion for Leave at 1. The defendant opposes the motion.

The Court GRANTS the government's motion for leave to file a motion to reconsider in part. The motion for reconsideration shall be filed on Friday, September 10, 2010. The government shall provide evidence and legal citations to support its assertion that, "[t]he United States cannot comply with the Court's order to disclose 'specification of all criminal investigations or prosecutions in which the informant cooperated with the government.' This information is law enforcement sensitive and could potentially jeopardize ongoing investigations, the safety of government agents, and the safety of the informant." Motion at 2.

Any opposition shall be filed on Wednesday, September 15, 2010. No reply shall be filed.

**IT IS SO ORDERED.**

Dated: September 9, 2010

SUSAN ILLSTON
United States District Judge