**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    UNITED STATES OF AMERICA,                    No. C 10-00230 SI

9              Plaintiff,                         **ORDER GRANTING MOTION TO
                                                  RECONSIDER IN PART**
10       v.

11   TORRICK WILLIAMS,

12             Defendant.
                                              /
13

14

15          Currently before the Court is the government's motion to reconsider the part of this Court's

16   August 30, 2010 Order requiring the government to disclose to defendant a "specification of all criminal

17   investigations or prosecutions" in which the confidential informant "cooperated with the government."

18   Having reviewed the briefing and the *Ex Parte* Declaration of SA Robert Tucker submitted by the

19   government, and having reviewed the Opposition submitted by defendant, the Court GRANTS the

20   government's motion.

21          At this point, the balance of factors weighs in favor of not ordering the government to disclose

22   a list of all criminal investigations or prosecutions in which the confidential information cooperated with

23   the government.  The government is, however, still required to comply with the Court's August 30, 2010

24   Order and disclose by September 17, 2010:  (1) the informant's identity, address, and whereabouts; (2)

25   description of all consideration provided by the government to the informant in return for cooperation

26

27

28

with the government; (3) the informant's criminal history; as well as (4) all other relevant information bearing on informant's credibility.

**IT IS SO ORDERED.**

Dated: September 16, 2010

SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California

2