MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BENJAMIN P. TOLKOFF  (NYBN 4294443)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-mail: Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-230 SI |
|     Plaintiff, ) | **CONFIDENTIAL INFORMANT INFORMATION TEMPORARY STIPULATED [PROPOSED] PROTECTIVE ORDER** |
|     v. ) | |
| TORRICK WILLIAMS, ) | |
|     Defendant. ) | |

    The Court has ordered the government to disclose: (1) the informant's identity, address, and whereabouts; (2) description of all consideration provided by the government to the informant in return for cooperation with the government; (3) the informant's criminal history; as well as (4) all other relevant information bearing on informant's credibility.

    Based on the government's concern that this information could endanger ongoing investigations and possibly place people in harm were it widely disseminated, the parties hereby stipulate that this information will be disclosed to the defendant pursuant to the following TEMPORARY stipulated protective order.

1.  None of the documents the government provides pursuant to the Court's order will be published or provided to any person outside the defense team, which consists of the defendant, defense counsel, an investigator for the defendant, and any staff person of defense counsel.

2.  None of the information provided by the government will be disclosed by any member of the defense team to any other person, except for the specific purpose of investigating a defense in this case.

3.  Photocopies of the subject information may only be made by defense counsel, or staff person of defense counsel and then only for the specific purposes relating to defending the client in this case. Photocopies, or duplications of any sort, of the subject information shall not be furnished or published to third parties without express authorization of the Court.

4.  Within ten (10) working days of the final judgment, or other final disposition of the instant case, or upon final judgment of any appeal, whichever is later, all of the information released under this Order shall be returned to the United States Attorney's Office, Northern District of California, whether or not a specific request has been made for the return of said documents.

5.  This Order applies to all attorneys associated with the above case who have knowledge of this Order regardless of the nature of their involvement in the case. This Order shall be binding on all subsequent attorneys who represent the defendant in this case or any other person who comes into possession of the information disclosed pursuant to this Order.

//
//
//
//
//
//
//
//

C.I. INFO. PROTECTIVE ORDER
US v. WILLIAMS; CR 10-0230 SI                 2

1  6. All persons who come into possession of the information disclosed pursuant to this Order
2  are required to advise any other persons receiving the information of the terms of this Order.
3  7. The parties have varying proposals for a permanent protective order.  Therefore, each
4  party will provide a proposed permanent protective order to the Court at the parties next
5  appearance, September 24, 2010, at 11:00 a.m.  The parties hereby stipulate that the instant Order
6  shall remain in effect until that date.

**SO STIPULATED**.

MELINDA HAAG
United States Attorney

/s/
Dated: September 17, 2010.       _____
BENJAMIN P. TOLKOFF
Assistant United States Attorney

/s/
Dated: September 17, 2010.       _____
MARK ROSENBUSH
Attorney for TORRICK WILLIAMS

For good cause shown, the information the Court ordered disclosed by the government shall be disclosed to the ~~defense pursuant to the stipulations set forth above.~~  This order shall remain in effect until ~~September 24, 2010~~ October 1, 2010 (as previously scheduled), at 11:00 a.m.

**IT IS SO ORDERED**.

Dated: _____             _____
                                HONORABLE SUSAN ILLSTON
                                United States District Judge

C.I. INFO. PROTECTIVE ORDER
US v. WILLIAMS; CR 10-0230 SI            3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28