| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 7 minutes | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Melinda K. Lozenski | | REPORTER/FTR FTR 11:08-11:15 | |
| MAGISTRATE JUDGE SALLIE KIM | | DATE September 17, 2015 | | NEW CASE ☐ | CASE NUMBER 3:10-cr-00230-SI-1 |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT Torrick Williams | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Robert Waggener | | PD. ☐  RET. ☐ APPT. ☒ |
| U.S. ATTORNEY Marc Wolf | | INTERPRETER | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☒ (reappointed) Nunc pro tunc 9/16/2015 | |
| PROBATION OFFICER Kristen Coleman for Octavio Magana | PRETRIAL SERVICES OFFICER | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | |
|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS ☐ TRIAL SET | |
| ☒ I.D. COUNSEL held -1 min | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☒ IA REV ~~PROB.~~ or ~~S/R~~ held - 6 min | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED - stipulated by the parties | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: 10/9/2015 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
| AT: 11:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. Susan Illston | ☐ DETENTION HEARING Further | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☒ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

The Government's request to unseal the form 12 is granted. The Court ordered Probation to release the police report and all other related discovery to the parties.
Cc: TK

DOCUMENT NUMBER: